## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____


JARED BRECHOT, Plaintiff

v.

JOHN DOE, Defendant

---

## COMPLAINT AND JURY TRIAL DEMAND

---

Plaintiff Jared Brechot, by and through his counsel of record, pursuant to Rules 3, 7(a) and 8(a) of the Federal Rules of Civil Procedure, commences this action by filing this Complaint against John Doe ("Defendant") and states and alleges as follows:

## PARTIES

1.     Mr. Brechot is an individual and a citizen of the State of Colorado.

2.     Defendant is an individual, and, upon information and belief, is not a citizen of the State of Colorado.

## JURISDICTION

3.     This Court may exercise subject matter jurisdiction over the claims set forth in this Complaint because "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. § 1332(a)(1).

4.     Defendant has committed torts and other unlawful acts that were expressly intended to and did cause harm to Mr. Brechot in the State of Colorado. Defendant has intentionally directed his conduct into and sought to cause injury in the State of Colorado. Defendant is subject to

personal jurisdiction pursuant to, among other sources, the Colorado Long-Arm Statute (Colo. Rev. Stat. § 13-1-124. 13-1-124) and the principles set forth in *Calder v. Jones*, 465 U.S. 783 (1984).

5.      Venue in this Court is proper because "a substantial part of the events or omissions giving rise to the claim occurred" in this judicial district, as described below. 28 U.S.C. § 1391(b)(2).

### STATEMENT OF FACTS

6.      Mr. Brechot moved to Colorado, from Texas in March 2017, to begin working at OZ Architecture.

7.      OZ Architecture is located at 3003 Larimer Street, Denver, CO 80205.

8.      After Mr. Brechot began working at OZ Architecture, starting in April 2017 and continuing to the present day, salacious material began appearing on Craigslist and other online venues specifically mentioning Mr. Brechot and his employer, OZ Architecture.

9.      Defendant owns and operates the website located www.jaredbrechot.info (hereinafter the "Website").

10.     The Defendant created the Website on or before April 24, 2017 (hereinafter the "Website").

11.     Referring to Mr. Brechot, the Defendant published or caused to be published between April 24, 2017, and  June 1, 2017, the following statements on the Website:

> The following compilation has been curated by a few members of the Denver Design Community.  Jared was hired by OZ Architects without any employment verification or background checks. We confirmed with HR at OZ that **"Jared was hired because of a relationship with an older male Principal."**  HR is lying about it. **In addition to having no credentials, Jared has a reputatio**n for **design problems, unemployment and   p2p relationships with**

2

**older men. He also is the subject of several complaints and
pending litigation.**

(**emphasis** added). *See* **Exhibit 1** (attached).

12.     Mr. Brechot has never been in a relationship with an older male principal at OZ

Architecture.

13.     Between April 24, 2017, and present, Mr. Brechot was not the subject of pending

litigation.

14.     Mr. Brechot has never engaged in sexual relations with an older male principal at OZ

Architecture.

15.     Mr. Brechot has never engaged in intimate relations with an older male principal at OZ

Architecture.

16.     OZ Architecture did not hire Mr. Brechot because of a relationship he had with an older

male principal at OZ Architecture.

17.     On or before June 1, 2017, an anonymous user on Craigslist created and published a

Craigslist advertisement using Mr. Brechot's name and likeness (hereinafter "Denver Craigslist

Ad") in the Casual Encounters category for Denver, Colorado, located at

https://denver.craigslist.org/cas/6077540092.html.

18.     The Denver Craigslist Ad included the following text: "Looking to service.

Evening/Weekends. Available for married and bi tops."

19.     On or before June 1, 2017, an anonymous user on Craigslist created and published a

Craigslist advertisement using Mr. Brechot;s name and likeness (hereinafter "Houston Craigslist

Ad") in the Casual Encounters category for Houston, Texas, located at

https://houston.craigslist.org/cas/6092875335.html.

20.    The Casual Encounters category of Craigslist is commonly used by individuals to arrange casual sex with strangers and prostitutes.

21.    Between June 1, 2017, and present, the Website featured reprints of the Craigslist Ads under the title "Jared's Craigslist Ads."

22.    Craigslist removed the Denver Craigslist Ad and Houston Craigslist Ad when Mr. Brechot reported the Denver Craigslist Ad and Houston Craigslist Ad to Craigslist for being falsely attributed to him.

23.    Between June 1, 2017, and present, the Defendant added the following statement to the Website: "CraigsList has requested we delete the Ads attributed to Jared because the links are no longer active. Instead we will have a Gallery Section with new Ads-Pics from Denver GRNDR users and pics we've received via email.  (See Below)." *See* **Exhibit 2** (attached).

24.    Defendant published or caused to be published the Denver Craigslist Ad and Houston Craigslist Ad.

25.    Mr. Brechot did not publish or cause to be published the Denver Craigslist Ad and Houston Craigslist Ad.

26.    Mr. Brechot did not authorize the Defendant to publish or cause to publish the Denver Craigslist Ad and Houston Craigslist Ad on his behalf.

27.    Defendant knew the allegations contained in the Denver Craigslist Ad and Houston Craigslist Ad about Mr. Brechot were false when he made them.

28.    Defendant intentionally impersonated Mr. Brechot when he published or caused to be published the Denver Craigslist Ad and Houston Craigslist Ad**s**.

29.    Upon information and belief, the Defendant resided in the State of Texas during the relevant time period.

30.    Referring to Mr. Brechot, the Defendant published or caused to be published between June

1, 2017, and present, the following statements on the Website:

**UPDATE: We have received two emails from Austin TX both confirming Jared did not have any "startup experience" like he claims on his Resume. Both said he was a "Personal Assistant" in college and after.  He always worked for older men.  Traveled a lot and got gifts, clothing etc. Some things never change.**

The following compilation has been curated by a few members of the Denver Design Community.  Jared was hired by OZ Architects without any employment verification or background checks. We confirmed with HR at OZ that "Jared was hired because of a relationship with an older male Principal."  HR is lying about it. In addition to having no credentials, Jared has a reputation for design problems, unemployment and  p2p relationships with older men. He also is the subject of several complaints and pending litigation.

OZ hired him without doing any research and instead relied on a  relationship with a Principal. Firm employees claim Jared is "entertaining" two men at the firm and clients. Lubline knows.  Employees have been sharing x-rated pics and videos the past few weeks.

We also attempted to reach any Company on Brechot's Resume and couldn't find any previous Employers he listed, Finally, one OZ employee said Brechot was served some legal papers in August, but didn't know what it was about.

Havenly stopped promoting Jared as a Designer that completed 100 designs and this wasn't on his Resume, either.  Havenly said on a phone call that he 'quit without completing designs and propositioned at least one client."

**CraigsList has requested we delete the Ads attributed to Jared because the links are no longer active. Instead we will have a Gallery Section with new Ads-Pics from Denver GRNDR users and pics we've received via email.  (See Below).**

Thank-you to the 3 current employees of OZ for sharing recent developments. We will publish soon.  Some OZ employees have videos of Jared.  Email to receive the videos.

**COMMENTS RECEIVED:**

**AustinDrag1977  November 12**   *Jared performed in a drag show called Dragoween for several years. He danced well in heels and usually slept with the older guys. Didn't see him this year, but everyone remembers him.*

5

**ALC4fun  November 10**   *Who's the Harvey Weinstein at OZ? Please post.*

**DenverTop57  November 1**   *Very talented young man. Affordable.*

**afteraa37  September 28**   *I work here and he makes me uncomfortable, staring and flirting.*

**ATX787  September 26**  *I knew Jared in college and a few years after, this is the same behavior.  We smoked alot of bud. I don't think he's ever had a job, but always had trips and nice clothes. I heard he went to Denver to stay with his sister.*

**DenverAE87   September 16, 2017**  *Our firm is also in Denver and we received Brechot's Resume in February. Nothing was true and after a few calls, which included negative information, we concluded he wasn't employable. Now's there's pending litigation. OZ is different, some firms will hire "friendly" guys only to regret it later. Maybe it makes the clients happy?*

**slad651    September 5, 2017**   *It's all true based on my conversations, Jared knows who to entertain and it works. I'm at another firm, but I have heard some employees are offended by it.*

**DDowntownLad_92   August 18, 2017**   *Who do I have to sleep with at OZ? This entry-level Brechot got a great deal. I'll give up my ass, too.*

**Anonymous    May 10, 2017**   *I'm in Denver and it's my understanding that Jared got the job because  of a relationship with someone at OZ Architects. So what. He's an hourly  employee with no responsibility. It doesn't matter if OZ didn't check  him out and instead relied on a Partner. His job doesn't require  credentials or talent. From his CList ads he looks pretty hot. He should  post his Resume. His  website, jaredbrechot.com he is self-described as a  "versatile creative," draw your own conclusions.*

**Anonymous    May 2, 2017**   *I work at OZ.  What a mess. HR is going to have to explain this. I think I know which  Partner has the special relationship,  he should go, too.*

**Jay Williams    Apr 26, 2017**    *Jared has to grow up someday. I knew him in college. He's never had a job, older guys support him. He lived with his Sister in Katy for 2 years, now with a Sister in Denver. He got a job at OZ Architects, but based on online comments, it was because he had a relationship with an older male Principal at the firm. Not surprised. I've seen several online reviews and a few members of the design community, pissed off, it appears, have started a new website jaredbrechot.info I liked Jared. I wish he'd grow up and stop being a gold-digger.*

6

**Anonymous    Apr 18, 2017**   *He should have stayed in school. I don't think he's ever had a job and lives at home still.*

**Anonymous    Apr 15, 2017**    *Has lived off the kindness of older men. All through college and apparently in Denver now.*

**LoDo DL     Apr 3, 2017**    *Pay2play*

**Oz Architecture Denver**
**Jared Brechot  Marc Lubline  Ashley Hafer**

**OZ Architecture - Don't trust HR and hiring practices Denver Colorado**
*OZ Architecture is famous for us in the Denver area. The latest bizarre hiring of Jared Brechot because of a relationship with someone at the firm is no surprise. Jaredbrechot.info This has been going on a long time and yes, we all talk about it. HR allows principals to suggest hires with no review or background inquiry. These hires don't last long, but it still damages the firms credibility. OZ Architecture shouldn't be trusted. Unless you know where to sleep. Many at OZ know that reality.*
**OZ Architecture shouldn't be trusted**
*Jared Brechot makes $15/hr at the firm. He's not the main issue, OZ Architecture is. There has been a hire the friendly guys policy for years. This guy (reportedly his first job) was never interviewed, never checked out and was never an applicant, he was simply "chosen" by a Principal at the firm because of a "relationship." OZ would be reluctant to inform clients that's how they do business. OZ is investigating and recognizes employee discomfort over the whole matter. That's why a few current and former employees have joined an effort to provide truthful public information: Jaredbrechot.info -Updated weekly.*

**OZ Architecture Leadership - Favortism**
*Meetings were held today to preserve OZ's questionable reputation. HR offered "ethical" standards for hiring "friends of Principals." Jared Brechot is not the first kid to be used by OZ. There are much more ethical firms to work for.*

**Jared Brechot is not a Designer.** [ScamGuard]   JaredBrechot.com

*I hired a General Contractor for a remodel on a 2-bedroom condominium. The Contractor was recommended by someone I trust. After we reviewed design objectives, the Contractor suggested we hire Jared Brechot to complete some revit files on the design specs I had created. We met with Jared Brechot Designs and he agreed to supply a revit model for the condominium. About a week later we received some very simple CAD drawings that only included the first floor. Those drawings were used by the Contractor to order materials, including some steel beams and columns. The drawings were wrong in many instances. The 22' steel beams were too short by 6" in length and could not be used. This cost*

*the Contractor $8,000. Jared corrected those drawings and they were still off, but our structural engineer corrected them by making a site visit. Another week later Jared delivered some drawings of the electrical plan and bathrooms. These drawings were inaccurate, too. Plumbing mistakes required an additional $5,000 in costs to the project. The location of electrical lighting was a mess. We never received a revit file, which we were told would allow us to see the condominium in 3-d. The drawings were poorly done, but later corrected by our structural engineer. These mistakes delayed the project for weeks. We also ordered a piece of marble from one of Jared's friends and gave him the dimensions and a picture of how it should be fabricated for hanging. We received it a week later and it was done exactly opposite of the drawings, upside down - a waste of another $1,200. Jared decided that was "a better way to present the store" or something like that. He didn't follow direction. When we tried to speak to Jared he quit the project and walked out. Eventually the Contractor quit because of the many discprepancies with Jared's work product and overall frustration. As of January (according to our lawyer) Jared was no longer afilliated with the Contractor. We are going to sue the Contractor because it was his recommendation, even though I'm sure the Contractor lost a lot of money over the careless drawings. This whole experience with Jared cost us more than $25,000. He didn't know what he was doing and didn't deliver what he promised. When things went bad, I asked for references or a portfolio and he couldn't furnish one. I have since looked at his website jaredbrechot.com and there is no portfolio there, either. The Contractor refunded the amount we paid Jared, but the damage was much more. If you want to hire a Designer ask for their portfolio or a few references."*

**Jan Newsome** (March 2017)  *I received a resume from Jared Brechot in February. I work with several professional firms in Texas. We could not validate any of the Resume contents. The background check was not favorable. Its been reported he is now employed by OZ Architects in Denver. I don't believe that's true because they would have vetted him. We couldn't even complete a phone interview. I wish him well, but our biggest problem in HR is legitimate information from a candidate. If you're a serious candidate for a professional job, provide verifiable substance. Failing to do so will get you in trouble (See Above).*

**Designer in Denver** (April 2017)  *I work as a designer in Denver. I know OZ well. From what I understand he was hired by Oz Architects because of a personal relationship with one of the principals. Sometimes the qualifications don't matter so much  ;  )*

***OZ Says_84*** *This mess is all true. Jared is very friendly with a few Principals and gets special treatment. It has compromised the firm, though. A few clients have already asked me about it. From someone at OZ I think they should screen employees and follow an Application process. By now we've all seen Jared's nude pics and heard the stories.*

8

**Jared Brechot & Jared Brechot Design at jaredbrechot.com Jared Brechot is not a Designer. Cost our project $30,000 Houston Texas**

**#1 Consumer Suggestion    Jared Brechot Oz Architects Denver**

*"This job candidate shared his Resume in February and we were unable to validate any of the contents. I'm not sure if the above post about his current employer is accuarate. It is very important to check employment history and references. I've been in HR for more than 20 years and this happens way too often."*

**Jared Brechot was hired as an Assistant for $30k/Year**

*This young man has an entry level position, probably hourly. Maybe $30k a year. So what if he knows somebody at OZ and that got him the job. He's not a designer or architect, he makes copies and coffee. OZ will use him for simple things. These warnings are irrelevant. He has no career in Design and is probably just trying to be employed. Maybe he has a few bad reviews for trying to design, but at OZ he has no real responsibility. I got my first job because I knew somebody. This Report should be removed. If somebody has his Resume they should post it.*

**http://www.ripoffreport.com/reports/jared-brechot/cinco-ranch-texas-77494/jared-brechot-jared-brechot-design-at-jaredbrechotcom-jared-brechot-is-not-a-designer-1361722**

**jaredbrechot.com**
**Jared Brechot Designs**
**Jared Brechot Retained for revit work on a small private school, never got drawings Houston Texas**

*We retained this young man for $1200 to complete some drawings and model for a school project. we saw some early drawings that looked they were from another school. I don't think he's an architect. He never finished the drawings or returned our calls. We have emailed him several times, but had to hire a new architect.*
**Jared Brechot not the first at OZ Architecture**
Former Employee at OZ: *Denver knows all about OZ. Jared isn't the first. HR about to act. No interview. No references. No background check. jaredbrechot.com*

**http://www.ripoffreport.com/reports/jaredbrechotcom-jared-brechot-designs/houston-texas-77027/jaredbrechotcom-jared-brechot-designs-jared-brechot-retained-for-revit-work-on-a-small-1362567**

31.    Mr. Brechot did not commit the acts of professional misconduct alleged on the Website.

32.   The Website alleges or insinuates that Mr. Brechot committed acts of sexual misconduct.

33.   The Website alleges or insinuates that Mr. Brechot committed acts of professional misconduct.

34.   Mr. Brechot did not commit the acts of sexual misconduct alleged or insinuated on the Website.

35.   Mr. Brechot did not commit the acts of professional misconduct alleged or insinuated on the Website.

36.   Mr. Brechot has never propositioned a client for sexual relations or sexual activities.

37.   Mr. Brechot has not lied about his work experience on his resume.

38.   Mr. Brechot has not misrepresented his work experience on his resume.

39.   Between April 24, 2017, and present, Mr. Brechot has not been served with any court papers, pleadings, filings, or other documents involving a lawsuit.

40.   Between April 24, 2017, and present, Mr. Brechot asked the OZ Architecture Human Resources Department about the allegations on the Website.

41.   Between April 24, 2017, and present, the OZ Architecture Human Resources Department informed Mr. Brechot that it investigated the allegations on the Website.

42.   Between April 24, 2017, and present, the OZ Architecture Human Resources Department repeatedly told Mr. Brechot that no employee in the Human Resources Department has contributed any comment, statement, or written communication about Mr. Brechot to the Website.

43.   Between April 24, 2017, and present, the OZ Architecture Human Resources Department has repeatedly told Mr. Brechot that it had determined the allegations on the Website about Mr. Brechot were unsubstantiated.

44.    Between April 24, 2017, and present, the OZ Architecture Human Resources Department has repeatedly told Mr. Brechot that there are no x-rated videos, images, photographs, or other electronic captures of Mr. Brechot being circulated by OZ Architecture employees.

45.    The Internet Corporation for Assigned Names and Numbers ( hereinafter "ICANN") is a nonprofit organization responsible for coordinating the maintenance and procedures of several databases related to the namespaces of the Internet, ensuring the network's stable and secure operation.

46.    ICANN performs the actual technical maintenance work of the central Internet address pools and DNS root zone registries pursuant to the Internet Assigned Numbers Authority function contract.

47.    An Internet domain name is the web address which an individual, business, or other entity has registered as part of a national or international Internet domain.

48.    The ICANN WHOIS domain database is a listing of all registered Internet domain names.

49.    The ICANN WHOIS Internet domain page for the Website contains the following information:

Raw WHOIS Record

Domain Name: JAREDBRECHOT.INFO

Registry Domain ID: D503300000038930663-LRMS

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2017-06-23T20:34:35Z

Creation Date: 2017-04-24T18:49:07Z

11

Registry Expiry Date: 2018-04-24T18:49:07Z

Registrar Registration Expiration Date:

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Reseller:

Domain Status: ok https://icann.org/epp#ok

Registry Registrant ID: C201693013-LRMS

Registrant Name: Registration Private

Registrant Organization: Domains By Proxy, LLC

Registrant Street: DomainsByProxy.com

Registrant Street: 14455 N. Hayden Road

Registrant City: Scottsdale

Registrant State/Province: Arizona

Registrant Postal Code: 85260

Registrant Country: US

Registrant Phone: +1.4806242599

Registrant Phone Ext:

Registrant Fax: +1.4806242598

Registrant Fax Ext:

Registrant Email: jaredbrechot.info@domainsbyproxy.com

Registry Admin ID: C201693015-LRMS

12

Admin Name: Registration Private

Admin Organization: Domains By Proxy, LLC

Admin Street: DomainsByProxy.com

Admin Street: 14455 N. Hayden Road

Admin City: Scottsdale

Admin State/Province: Arizona

Admin Postal Code: 85260

Admin Country: US

Admin Phone: +1.4806242599

Admin Phone Ext:

Admin Fax: +1.4806242598

Admin Fax Ext:

Admin Email: jaredbrechot.info@domainsbyproxy.com

Registry Tech ID: C201693014-LRMS

Tech Name: Registration Private

Tech Organization: Domains By Proxy, LLC

Tech Street: DomainsByProxy.com

Tech Street: 14455 N. Hayden Road

Tech City: Scottsdale

Tech State/Province: Arizona

Tech Postal Code: 85260

Tech Country: US

Tech Phone: +1.4806242599

Tech Phone Ext:

Tech Fax: +1.4806242598

Tech Fax Ext:

Tech Email: jaredbrechot.info@domainsbyproxy.com

Registry Billing ID: C201693016-LRMS

Billing Name: Registration Private

Billing Organization: Domains By Proxy, LLC

Billing Street: DomainsByProxy.com

Billing Street: 14455 N. Hayden Road

Billing City: Scottsdale

Billing State/Province: Arizona

Billing Postal Code: 85260

Billing Country: US

Billing Phone: +1.4806242599

Billing Phone Ext:

Billing Fax: +1.4806242598

Billing Fax Ext:

Billing Email: jaredbrechot.info@domainsbyproxy.com

Name Server: NS27.DOMAINCONTROL.COM

Name Server: NS28.DOMAINCONTROL.COM

DNSSEC: unsigned

*See* **Exhibit 3** (attached).

50.     GoDaddy.com, LLC ("GoDaddy") is a Delaware corporation with its principal place of business in Scottsdale, Arizona.

51.     GoDaddy provides web hosting and domain registration services.

52.     GoDaddy is the registrar and web host for the Website.

53.     GoDaddy or its agents have control, custody, or possession over information which would reveal the identity of the Defendant.

54.     Domains by Proxy, LLC, is an Internet company owned by GoDaddy founder Bob Parsons which offers subscribers to list Domains by Proxy, LLC, as their administrative and technical contacts in the Internet's WHOIS database, thereby delegating responsibility for managing unsolicited contacts from third parties and keeping the domains owners' personal information secret.

55.     Defendant used Domains by Proxy, LLC, to prevent his personally identifying information, including his name and address, from being listed on the ICANN WHOIS Domain name database.

56.     Domains by Proxy, LLC, or its agents have control, custody, or possession over information which would reveal the identity of the Defendant.

57.     Mr. Brechot cannot reasonably ascertain the identity of the Defendant without GoDaddy or Domains by Proxy, LLC, first providing information which would reveal the identity of the Defendant.

58.     The identity of the Defendant can reasonably be ascertained by information in the control, custody, or possession of GoDaddy or its agents.

59.     The identity of the Defendant can reasonable be ascertained by information in the control, custody, or possession of Domains by Proxy, LLC, or its agents.

60.     On May 3, 2017 at 8:16 p.m. MST, the Defendant or an agent of the Defendant sent an email titled "Public Information: Jared Brechot" (hereinafter "May 3, 2017, Email") using the email account denverdesign90@gmail.com to the following email addresses:

a.    mfaichnie@ozarch.com

b.    rwillsie@ozarch.com

c.    msix@ozarch.com

d.    cvandall@ozarch.com

e.    mlubkine@ozarch.com

f.    klsndau@ozarch.com

g.    dcarlson@ozarch.com

h.    fromero@ozarch.com

i.    rgreek@ozarch.com

j.    scummings@ozarch.com

k.    jcoleman@ozarch.com

l.    kdavis@ozarch.com

m.    aplonkey@ozarch.com

n.    ajohndon@ozarch.com

o.    blooex@ozarch.com

p.    nmeisen@ozarch.com

q.    dflora@ozarch.com

r.    berickson@ozarch.com

s.    ebecker@ozarch.com

t.    rchilders@ozarch.com

u.   jjones@ozarch.com

v.   alane@ozarch.com

w.   ashaver@ozarch.com

x.   csullivan@ozarch.com

y.   dcampbell@ozarch.com

z.   mlee@ozarch.com

aa.  bdelsney@ozarch.com

bb.  rfritz@ozarch.com

cc.  jlevy@ozarch.com

dd.  rwilliams@ozarch.com

ee.  djensen@ozarch.com

ff.  ebunket@ozarch.com

gg.  knathe@ozarch.com

hh.  akeil@ozarch.com

ii.  cstorey@ozarch.com

jj.   jbrechot@ozarch.com

*See* **Exhibit 4** (attached).

61.     The May 3, 2017, Email included the following message: "www.JaredBrechot.info

Which Partner?"

62.     Thirty five of the recipients of the May 3, 2017, Email were co-workers of Mr. Brechot at

OZ Architecture.

63.     Between April 24, 2017, and present, the Defendant published or caused to be a published a statement on the Website reading: "Share tips about Jared DenverDesign90@gmail.com."

64.     Defendant or an agent of the Defendant controls the email address denverdesign90@gmail.com.

65.     On May 24, 2017, at 8:40 p.m. MST, the Defendant or an agent of the Defendant sent an email titled "OZ Architecture Hiring Process - Update" (hereinafter "May 24, 2017, Email") using the email account denverdesign90@gmail.com to the following email addresses:

a.   jbrechot@aol.com

b.   robinbrechot@gmail.com

c.   robinbrechot@aol.com

d.   rustybrechot@gmail.com

e.   rustybrechot@aol.com

f.   jaybrechot@aol.com

g.   jacklynbrechot@aol.com

h.   jacklynbrechot@gmail.com

i.   rbrechot@gmail.com

j.   rbrechot@aol.com

k.   jbrechot@ozarch.com

l.   Hello@ozarch.com

m.   jaredbrechot@gmail.com

n.   careers2@ozarch.com

o.   awhite@ozarch.com

18

p.  ellanes@ozarch.com

q.   jmapp@ozarch.com

r.  smellblom@ozarch.com

s.  dflora@ozarch.com

t.  rgreek@ozarch.com

u.  cvandall@ozarch.com

v.  ggussenbauer@ozarch.com

w.  ebecker@ozarch.com

x.  kdavis@ozarch.com

y.  klsndau@ozarch.com

z.  mfaichnie@ozarch.com

aa.  nmeisen@ozarch.com

bb.  ajohndon@ozarch.com

cc.  akeil@ozarch.com

dd.  alane@ozarch.com

ee.  aplonkey@ozarch.com

ff.  shaver@ozarch.com

gg.  bdelsney@ozarch.com

hh.  berickson@ozarch.com

ii.  blooex@ozarch.com

*See* **Exhibit 5** (attached).

66.   The May 24, 2017, Email included the following message: "JaredBrechot.info."

67.     Twenty one of the recipients of the May 24, 2017, Email were co-workers of Mr. Brechot at OZ Architecture.

68.     Defendant's intentional, outrageous, ongoing course of conduct is intimidating, harassing, threatening, and so extreme as to cause Mr. Brechot to feel restrained and unable to focus on his extensive business responsibilities, his personal life, and professional associations.

69.     Defendant's intentional, outrageous, ongoing course of conduct is causing Mr. Brechot personal and professional anxiety, fear, harassment, and intimidation.

70.     Defendant's intentional, outrageous, ongoing course of conduct is causing Mr. Brechot to expend considerable sums of money to protect himself and his business relations from further damage.

71.     Defendant's intentional, outrageous, ongoing course of conduct is causing Mr. Brechot to suffer damages in an amount to be determined at trial, but that in any event exceed $75,000.00 USD.

## COUNT I
## DEFAMATION-LIBEL PER SE

72.     Mr. Brechot repeats and re-alleges each of the allegations in the preceding paragraphs previously pled as if each were set forth in full herein.

73.     Defendant intentionally or at least negligently made false and defamatory statements about Mr. Brechot.

74.     Defendant intentionally or at least negligently made unprivileged publications of the false and defamatory statements concerning Mr. Brechot to a third party.

75.     Defendant intentionally or at least negligently made false and defamatory statements concerning Mr. Brechot that falsely impute sexual misconduct, unfitness to perform the duties of employment, or prejudice Mr. Brechot in his profession or trade.

76.     Defendant's statements alleged herein constitute libel in violation of the common law of the State of Colorado.

77.     As a result of Defendant's libel, Mr. Brechot has suffered general damages for harm to reputation, special damages, and damages for mental suffering, in an amount to be determined at trial.

## COUNT II
## MISAPPROPRIATION OF LIKENESS

78.     Mr. Brechot repeats and re-alleges each of the allegations in the preceding paragraphs previously pled as if each were set forth in full herein.

79.     Defendant used Mr. Brechot's name or likeness when he created and published the Houston Craigslist Ad and the Denver Craigslist Ad on the Internet in the Craigslist Casual Encounters category.

80.     Mr. Brechot did not consent to allowing Defendant to use his name or likeness in the Houston Craigslist Ad and the Denver Craigslist Ad.

81.     Defendant did not use Mr. Brechot's name or likeness in the Houston Craigslist Ad and the Denver Craigslist Ad to publicize a true newsworthy event or a matter of public concern.

82.     Defendant used Mr. Brechot's name or likeness in the Houston Craigslist Ad and the Denver Craigslist Ad to obtain a noncommercial benefit for himself.

83.     Defendant wanted the use of Mr. Brechot's name or likeness in the Houston Craigslist Ad and the Denver Craigslist Ad to cause Mr. Brechot emotional distress, reputational harm, and economic loss to retaliate against Mr. Brechot.

84.     Defendant used Mr. Brechot's name or likeness in the Houston Craigslist Ad and the Denver Craigslist Ad to cause Mr. Brechot to suffer emotional distress and reputational harm.

85.     Defendant used Mr. Brechot's name or likeness in the Houston Craigslist Ad and the Denver Craigslist Ad to cause Mr. Brechot economic loss.

86.     Defendant's invasion of Mr. Brechot's privacy has caused and will cause Mr. Brechot to incur the following damages: attorneys' fees; investigation costs; incidental expenses; inconveniences; emotional distress; impairment of quality of life; and reputational diminishment.

## COUNT IV
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

87.     Mr. Brechot repeats and re-alleges each of the allegations in the preceding paragraphs previously pled as if each were set forth in full herein.

88.     Defendant's conduct described herein has intruded upon Mr. Brechot, a natural person, in his place of solitude or seclusion.

89.     Defendant's intrusion would be highly offensive to a reasonable person.

90.     Defendant's intrusion described herein violates Colorado common law, and potentially federal law and the laws of other states with regard to the regard to the right of privacy and online harassment.

91.     As a direct and proximate result of the Defendant's conduct, Mr. Brechot suffered severe emotional distress, inconvenience, and loss of enjoyment of life and incurred out-of-pocket expenses.

## COUNT V
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

92.     Mr. Brechot repeats and re-alleges each of the allegations in the preceding paragraphs previously pled as if each were set forth in full herein.

93.     Defendant engaged in extreme and outrageous conduct.

94.     Defendant engaged in that conduct recklessly or intending to cause Mr. Brechot severe emotional distress.

95.      Defendant engaged in that conduct with the intent of causing Mr. Brechot severe emotional distress.

96.     As a direct and proximate result of the Defendant's conduct, Mr. Brechot suffered severe emotional distress, inconvenience, and loss of enjoyment of life and incurred out-of-pocket expenses.

## REQUEST FOR RELIEF

Wherefore, Mr. Brechot respectfully requests that this honorable Court enter judgment in his favor and against Defendant on Counts I through V above  granting the following relief:

a.  Permanent injunctive relief that prohibits Defendant from engaging in the conduct complained of herein;

b.  An award of damages in an amount to be determined at trial;

c.  An award of prejudgment and post-judgment interest, as allowed by law;

d.  An award of costs and attorney fees; and

e.   Such further relief as this Court deems just and proper.

## JURY DEMAND

Mr. Brechot makes a jury demand consistent with Federal Rule of Civil Procedure 38.

Respectfully submitted this 22nd day of November 2017.

LAW OFFICE OF CASSANDRA M. KIRSCH, LLC

*/s/Cassandra M. Kirsch*
 Cassandra M. Kirsch, CO Attorney # 46502
600 17th Street, Ste. 2800-S
Denver, CO 80202
Phone: (303) 228-2165
Fax: (877) 501-5253
ckirsch@cmklawoffice.com

*Attorney for Plaintiff*

**Original Signature on File**

Plaintiff's Address
c/o Cassandra M. Kirsch, # 46502
LAW OFFICE OF CASSANDRA M. KIRSCH, LLC
600 17th Street, Ste. 2800-S
Denver, CO 80202