UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02807

JARED BRECHOT,

Plaintiff

v.

ANDREW WEST,

Defendant

---

### DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT

Defendant, Andrew West, files this original answer to plaintiff Jared Brechot's original complaint.

#### A. ADMISSIONS & DENIALS

1. Defendant admits the allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2.

3. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 3.

4. Defendant denies the allegations in paragraph 4.

5. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 5.

6. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 6.

7. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 7.

8. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 8.

9. Defendant denies the allegations in paragraph 9. There is no website at http://www.jaredbrechot.info. Defendant owns the domain name registration for <jaredbrechot.info>.

10. The allegations contained in paragraph 10 characterize the cited documents, and thus no response is required. The documents speak for themselves.

11. Defendant denies the allegations in paragraph 11.

12. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 12.

13. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 13. In 2017, Mr. Brechot was involved in a dispute with a former client.

14. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 14.

15. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 15.

16. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 16.

17. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 17.

18. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 18.

19. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 19.

20. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 20.

21. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 21.

22. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 22.

23. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 23.

24. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 24.

25. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 25.

26. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 26.

27. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 27.

28. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 28.

29. Defendant denies the allegations in paragraph 29.

30. Defendant denies the allegations in paragraph 30.

31. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 31.

32. Defendant denies the allegations in paragraph 32.

33. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 33.

34. Neither Defendant nor his agent published or caused to publish the Denver Craigslist Ad and Houston Craigslist Ad and, on this basis, denies the allegations in paragraph 34.

35. Neither Defendant nor his agent made allegations contained in the Denver Craigslist Ad and Houston Craigslist Ad about Mr. Brechot and on this basis denies the allegations in paragraph 35.

36. Defendant denies the allegations in paragraph 36.

37. Defendant denies the allegations in paragraph 37.

38. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 38.

39. The allegations contained in paragraph 39 characterize the cited documents, and thus no response is required. The documents speak for themselves.

40. The allegations contained in paragraph 40 characterize the cited documents, and thus no response is required. The documents speak for themselves.

41. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 41.

42. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 42.

43. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 43.

44. Defendant denies the allegations in paragraph 44.

45. Defendant denies the allegations in paragraph 45.

46. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 46. In 2017, Mr. Brechot was involved in a dispute with a former client.

47. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 47.

48. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 48.

49. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 49.

50. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 50.

51. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 51.

52. Defendant negotiated to purchase the JaredBrechot.info domain name from anonymous third-parties. As a condition of the sale, the third-parties required certain statement to be posted on JaredBrechot.info for 30 days, and on this basis denies the allegations in paragraph 52.

53. Defendant negotiated to purchase the JaredBrechot.info domain name from anonymous third-parties. As a condition of the sale, the third-parties required certain statement to be posted on JaredBrechot.info for 30 days, and on this basis denies the allegations in paragraph 53.

54. Defendant denies the allegations in paragraph 54.

55. The allegations contained in paragraph 55 characterize the cited documents, and thus no response is required. The documents speak for themselves.

56. The allegations contained in paragraph 56 characterize the cited documents, and thus no response is required. The documents speak for themselves.

57. The allegations contained in paragraph 57 characterize the cited documents, and thus no response is required. The documents speak for themselves.

58. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 58.

59. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 59.

60. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 60.

61. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 61.

62. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 62.

63. Defendant admits the allegations in paragraph 63.

64. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 64.

65. The allegations contained in paragraph 65 characterize the cited documents, and thus no response is required. The documents speak for themselves.

66. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 66

67. Defendant admits the allegations in paragraph 67.

68. Defendant admits the allegations in paragraph 68.

69. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 69.

70. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 70.

71. Defendant denies the allegations in paragraph 71.

72. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 72.

73. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 73.

74. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 74.

75. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 75.

76. Defendant denies the allegations in paragraph 76.

77. The allegations contained in paragraph 77 characterize the cited documents, and thus no response is required. The documents speak for themselves.

78. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 78.

79. Defendant denies the allegations in paragraph 79.

80. Defendant denies the allegations in paragraph 80.

81. Defendant denies the allegations in paragraph 81.

82. The allegations contained in paragraph 82 characterize the cited documents, and thus no response is required. The documents speak for themselves.

83. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 83.

84. Defendant denies the allegations in paragraph 84.

85. The allegations contained in paragraph 85 characterize the cited documents, and thus no response is required. The documents speak for themselves.

86. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 86.

87. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 87.

88. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 88.

89. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 89.

90. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 90.

91. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 91.

92. The allegations contained in paragraph 92 characterize the cited documents, and thus no response is required. The documents speak for themselves.

93. The allegations contained in paragraph 93 characterize the cited documents, and thus no response is required. The documents speak for themselves.

94. The allegations contained in paragraph 94 characterize the cited documents, and thus no response is required. The documents speak for themselves.

95. The allegations contained in paragraph 95 characterize the cited documents, and thus no response is required. The documents speak for themselves.

96. The allegations contained in paragraph 96 characterize the cited documents, and thus no response is required. The documents speak for themselves.

97. The allegations contained in paragraph 97 characterize the cited documents, and thus no response is required. The documents speak for themselves.

98. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 98.

99. Defendant denies the allegations in paragraph 99.

100. The allegations contained in paragraph 100 characterize the geographic location of cities, and thus no response is required.

101. The allegations contained in paragraph 101 characterize the time/distance between cities, and thus no response is required.

102. The allegations contained in paragraph 102 characterize the cited documents, and thus no response is required. The documents speak for themselves.

103. The allegations contained in paragraph 103 characterize the cited documents, and thus no response is required. The documents speak for themselves.

104. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 104.

105. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 105.

106. The allegations contained in paragraph 106 characterize the cited documents, and thus no response is required. The documents speak for themselves.

107. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 107.

108. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 108.

109. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 109.

110. Defendant admits that on or about December 12, 2017, GoDaddy transferred the registration ownership of jardedbrechot.info to Defendant. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 110.

111. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 111.

112. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 112.

113. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 113.

114. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 114.

115. The allegations contained in paragraph 115 characterize the cited documents, and thus no response is required. The documents speak for themselves.

116. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 116.

117. The allegations contained in paragraph 117 characterize the cited documents, and thus no response is required. The documents speak for themselves.

118. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 118.

119. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 119.

120. The allegations contained in paragraph 120 characterize the cited documents, and thus no response is required. The documents speak for themselves.

121. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 121.

122. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 122.

123. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 123.

124. Defendant denies the allegations in paragraph 124.

125. Defendant admits the allegations in paragraph 125.

126. Defendant admits the allegations in paragraph 126.

127. Defendant admits the allegations in paragraph 127.

128. Defendant admits the allegations in paragraph 128.

129. Defendant admits the allegations in paragraph 129.

130. Defendant admits the allegations in paragraph 130.

131. Defendant admits the allegations in paragraph 131.

132. Defendant admits the allegations in paragraph 132.

133. Defendant denies the allegations in paragraph 133.

134. Defendant denies the allegations in paragraph 134.

135. Defendant admits the allegations in paragraph 135.

136. Defendant admits the allegations in paragraph 136.

137. Defendant admits the allegations in paragraph 137.

138. Defendant admits the allegations in paragraph 138.

139. Defendant admits the allegations in paragraph 139.

140. Defendant admits the allegations in paragraph 140.

141. Defendant admits the allegations in paragraph 141.

142. Defendant admits the allegations in paragraph 142.

143. Defendant admits the allegations in paragraph 143.

144. Defendant admits the allegations in paragraph 144.

145. Defendant admits the allegations in paragraph 145.

146. Defendant admits the allegations in paragraph 146.

147. Defendant admits the allegations in paragraph 147.

148. Defendant admits the allegations in paragraph 148.

149. Defendant admits the allegations in paragraph 149.

150. Defendant admits the allegations in paragraph 150.

151. Defendant admits the allegations in paragraph 151.

152. Defendant admits the allegations in paragraph 152.

153. Defendant admits the allegations in paragraph 153.

154. The allegations contained in paragraph 154 characterize the cited documents, and thus no response is required. The documents speak for themselves.

155. The allegations contained in paragraph 155 characterize the cited documents, and thus no response is required. The documents speak for themselves.

156. The allegations contained in paragraph 156 characterize the cited documents, and thus no response is required. The documents speak for themselves.

157. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 157.

158. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 158.

159. Defendant denies the allegations in paragraph 159. On or about January 15, 2018 all content was removed from the <jaredbrechot.com> domain and the domain was configured to redirect to <jaredbrechot.com>—Mr. Brechot's personal website.

160. The allegations contained in paragraph 160 characterize the cited documents, and thus no response is required. The documents speak for themselves.

161. Defendant denies the allegations in paragraph 161.

162. Defendant denies the allegations in paragraph 162.

163. Defendant denies the allegations in paragraph 163.

164. Defendant denies the allegations in paragraph 164.

## FIRST, SECOND, AND THIRD CLAIMS FOR RELIEF
(DEFAMATION FOR APRIL 24, 2017, STATEMENTS, JUNE 1, 2017, STATEMENTS)

165. Defendant repeats each of the responses in the preceding paragraphs previously pled as if each were set forth in full herein.

166. Defendant denies the allegations in paragraph 166.

167. Defendant denies the allegations in paragraph 167.

168. Defendant denies the allegations in paragraph 168.

169. Defendant denies the allegations in paragraph 169.

170. Defendant denies the allegations in paragraph 170.

171. Defendant denies the allegations in paragraph 171.

172. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 172.

173. Defendant denies the allegations in paragraph 173.

174. Defendant denies the allegations in paragraph 174.

## FOURTH AND FIFTH CLAIMS FOR RELIEF
### (DEFAMATION FOR DENVER CRAIGSLIST AD AND HOUSTON CRAIGLIST AD)

175. Defendant repeats each of the responses in the preceding paragraphs previously pled as if each were set forth in full herein.

176. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 176.

177. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 177.

178. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 178.

179. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 179.

180. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 180.

181. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 181.

182. Defendant did not allege that Mr. Brechot engaged in the sexual misconduct and on this basis denies the allegations in paragraph 182.

183. Defendant denies the allegations in paragraph 183.

184. Defendant denies the allegations in paragraph 184.

185. Defendant denies the allegations in paragraph 185.

## SIXTH CLAIM FOR RELIEF
### (INVASION OF PRIVACY-MISAPPROPRIATION OF LIKENESS)

186. Defendant repeats each of the responses in the preceding paragraphs previously pled as if each were set forth in full herein.

187. Defendant denies the allegations in paragraph 187.

188. Defendant denies the allegations in paragraph 188.

189. Defendant denies the allegations in paragraph 189.

190. Defendant denies the allegations in paragraph 190.

191. Defendant denies the allegations in paragraph 191.

192. Defendant denies the allegations in paragraph 192.

193. Defendant denies the allegations in paragraph 193.

194. Defendant denies the allegations in paragraph 194.

**SEVENTH CLAIM FOR RELIEF**
(INVASION OF PRIVACY-INTRUSION UPON SECLUSION)

195. Defendant repeats each of the responses in the preceding paragraphs previously pled as if each were set forth in full herein.

196. Defendant denies the allegations in paragraph 196.

197. Defendant denies the allegations in paragraph 197.

198. Defendant denies the allegations in paragraph 198.

199. Defendant denies the allegations in paragraph 199.

200. Defendant denies the allegations in paragraph 200.

**EIGHTH CLAIM FOR RELIEF**
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

201. Defendant repeats each of the responses in the preceding paragraphs previously pled as if each were set forth in full herein.

202. Defendant denies the allegations in paragraph 202.

203. Defendant denies the allegations in paragraph 203.

204. Defendant denies the allegations in paragraph 204.

**NINTH CLAIM FOR RELIEF**
(INJUNCTIVE RELIEF)

205. Defendant repeats each of the responses in the preceding paragraphs previously pled as if each were set forth in full herein.

206. Defendant denies the allegations in paragraph 206.

207. Defendant denies the allegations in paragraph 207.

208. Defendant denies the allegations in paragraph 208.

209. Defendant denies the allegations in paragraph 209.

210. Defendant denies the allegations in paragraph 210.

Each allegation not expressly admitted herein is denied.

### B. DEFENSES & AFFIRMATIVE DEFENSES

211. Defendant is not liable to Plaintiff because:

    a. Plaintiff was contributorily negligent.

    b. Defendant's alleged action are the result of duress.

    c. Defendants designate one or more non-parties at fault, specifically the unknown parties that initially registered the jaredbrecot.info domain name and hosted offensive material at the domain.

    d. Plaintiff fails to state a claim upon which relief can be granted.

    e. To the extent any of Plaintiff's claims were filed outside the applicable statutes of limitations, they are barred.

    f. Plaintiffs' claims against Defendant are barred by the immunity provision of the Communications Decency Act. 47 U.S.C. § 230.

    g. Plaintiff cannot establish that he sustained any damages as a result of any actions taken, or not taken, by Defendant.

    h. Plaintiff failed to mitigate his damages, if any.

    i. Plaintiff's damages, if any, are limited or eliminated by the equitable principle of unclean hands.

    j. Plaintiff's claims are barred by the doctrines of laches, waiver, and estoppel.

    k. Any damages suffered by Plaintiff were proximately and actually caused by his own acts or omissions, the acts or omissions of a third party, or by events outside of Defendant's control, not by Plaintiff.

    l. Plaintiff's claims against Defendant are frivolous, vexatious, and interposed for an improper purpose, and so Defendant should be awarded the reasonable

attorneys' fees and costs that he incurs in responding to Plaintiff's claims against him.

For these reasons, Defendant asks the Court to enter judgment that plaintiff take nothing, dismiss plaintiff's suit with prejudice, assess costs against plaintiff, and award defendant all other relief the Court deems appropriate.

### C. JURY DEMAND

Mr. West makes a jury demand consistent with Federal Rule of Civil Procedure 38.

Respectfully submitted this 7th day of May 2018.

                                        THOMAS P. HOWARD, LLC

                                        *s/ Scot E. Brenner*
                                        Scott E. Brenner
                                        Thomas P. Howard
                                        THOMAS P. HOWARD, LLC
                                        842 W. South Boulder Rd., Suite #100
                                        Louisville, CO 80027
                                        Phone: (303) 665-9845
                                        Fax: (303) 665-9847
                                        thoward@thowardlaw.com
                                        Attorney for Defendant

### Certificate of Service

I hereby certify that on May 7, 2018 I electronically filed the foregoing DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Cassandra McDonald Kirsch
ckirsch@cmklawoffice.com
cassandrakirsch@gmail.com

                                        s/ *Scott E. Brenner*