# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02807

    JARED BRECHOT, Plaintiff

v.

    JOHN DOE, Defendant

## PLAINTIFF'S MOTION TO DISMISS CLAIMS AGAINST JOHN DOE DEFENDANTS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jared Brechot, by and through his counsel of record, files this Motion to Dismiss Claims Against John Doe Defendants Without Prejudice. In support of his motion, Mr. Brechot offers the following:

1. A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment results in the claims being dismissed without prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B).

2. Mr. Brechot, through his attorney of record, has been unable to identify any remaining John Doe Defendants who participated in an unlawful, online smear campaign of falsities and privacy-invading materials.

3. Mr. Brechot has been unable to obtain additional materials which could further facilitate his attempts to identify any remaining John Doe Defendants.

4. As of the date of filing, no John Doe Defendant has served either an answer or a motion for summary judgment.

5. If and when Mr. Brechot is able to obtain additional materials which could facilitate his identification of any remaining John Doe Defendants, he intends to refile his claims.

WHEREFORE, Plaintiff Jared Brechot, by and through his undersigned counsel, respectfully dismisses the claims against the remaining John Doe Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted this 28th day of January 2019.

LAW OFFICE OF CASSANDRA M. KIRSCH, LLC

 */s/Cassandra M. Kirsch*
Cassandra M. Kirsch, CO Attorney # 46502
600 17th Street, Ste. 2800-S
Denver, CO 80202
Phone: (303) 228-2165
Fax: (877) 501-5253
ckirsch@cmklawoffice.com

*Attorney for Plaintiff Jared Brechot*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of this filing to all CM/ECF participants.

 */s/Cassandra M. Kirsch*
Cassandra M. Kirsch, CO Attorney # 46502
LAW OFFICE OF CASSANDRA M. KIRSCH, LLC
600 17th Street, Ste. 2800-S
Denver, CO 80202
Phone: (303) 228-2165
Fax: (877) 501-5253
ckirsch@cmklawoffice.com

*Attorney for Plaintiff Jared Brechot*