IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-02807-CMA-NYW

JARED BRECHOT,

    Plaintiff,

v.

JOHN DOE,

    Defendant.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Claims Against John Doe Defendants Without Prejudice (Doc. # 76). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41.

DATED: January 29, 2019

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge